UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA      DIVISION


IN RE:

LARRY BRANDON DAVIS                    CASE NO.: 03-43079-PNS3
                                       CHAPTER 13

    Debtor(s).
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) to:

LARRY BRANDON DAVIS

which remain outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 236326 in the amount of $1,278.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart
                    LEIGH D. HART
                    POST OFFICE BOX 646
                    TALLAHASSEE, FL 32302
                    (850) 681-2734 "Telephone"
                    (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LARRY BRANDON DAVIS

6103 1/2 E. SHORE DR.
PENSACOLA, FL

32505
AND
STEVEN W. BOWDEN
4502 TWIN OAKS DRIVE
PENSACOLA, FL

32506

on the same date as reflected on the court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart
                    LEIGH D. HART
```

F. 6 (107) 12/20/2004